UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-14-1BR (3)

FILED

JAN 0 7 2015

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____KM_____DEP CLK

IN RE:                              :
                                    :
ONE-COUNT GRAND JURY                :    ORDER TO SEAL INDICTMENT
INDICTMENT OF JANUARY 6, 2015       :


Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on January 6, 2015, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to **provide copies of the Indictment to the United States Attorney in a sealed envelope.**

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the ___7___ day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE